IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO.: 21-20558-CR-SCOLA

    Plaintiff,

vs.

EDELYONIS RODRIGUEZ CHIRINOS, *et. al.,*

    Defendants,

_____/

## DEFENDANT EDELYONIS RODRIGUEZ CHIRINO'S
## OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT

Defendant, Edelyonis Rodriguez Chirino, ("Mr. Rodriguez Chirino") by and through his undersigned counsel, files Objections to the Pre-Sentence Investigation Report ("PSI"). These Objections are being filed out of time and in the interest of time, an *ore tenus* Motion to Accept the Objections out of time shall be made at the sentencing hearing. Objections are as follows:

1) Pg. 36, ¶124. Mr. Rodriguez Chirino is currently on a different dosage of a medication. Given the privacy issues, this issue is being address off record with US Probation so that the PSI can reflect the correct current dosages of medications.

2). Pg. 37, ¶'s 127 & 128 - Mr. Rodriguez Chirino has a history of mental health issues. The specifics will be addressed with this Court and documentation provided to US Probation so that these paragraphs can be amended.

3) Pg. 8, ¶18 - Objection to the characterization of Mr. Rodriguez Chirino as "the main supplier of narcotics. Objection as to Mr. Rodriguez Chirinos having "direct ties to the Mexican cartel". The evidence as provided in the Government's Discovery revealed that Mr. Rodriguez Chirino was supplied the narcotics by his codefendants. It is also important to note that as it relates to Mr. Rodriguez Chirino, he only dealt with *one* confidential Informant, whom upon information and belief is referred to as "CI1" in the PSI. It was CI1 who introduced Mr. Rodriguez Chirino to the undercover agent. Mr. Rodriguez Chirino did not meet with a "CI2". (see Pg. 10, ¶25).

4) Pg. 13, ¶'s 41, 42 & 43, Pg. 14, ¶'s 45 and 47, Pg. 15, ¶'s 52, Pg. 17, ¶58, ¶77 - these sections of the PSI refer to transactions involving sale of firearms. Mr. Rodriguez Chirino objects to these paragraphs. These references to firearms transactions and/or attempted firearms transactions are not the subject of the charges in this case. Mr. Rodriguez Chirino is not being charged for these offenses, neither in the southern district of Florida nor Arizona.

5) Pg. 21,¶77, Pg.25, ¶'94 - Role in the Offense. The PSI seeks to increase Mr. Rodriguez-Chirino's total base offense level by 4-points. There is a stipulation by the Parties that a role enhance shall not be applied. Moreover, the facts of this case do not warrant an role enhancement. Mr. Rodriguez Chirino was a broker of narcotics. As correctly indicated in the PSI, Mr. Rodriguez Chirino was supplied by his co-defendants. This case involved multiple individuals who were selling and obtaining drugs from each other. He was not the

supplier of drugs. See for example the following references:

Co-Defendant Marlon Uriel Moreno-Arrieta as supplier to Mr. Rodriguez Chirinos: Page 10, ¶'s 25, 26, 27, Page 12, ¶39, Page 14, ¶47, Page 15, ¶49, Page 16, ¶53, Page 22, ¶79. Co-defendant Jose Del Toro, Page 17, ¶58, Page 23, ¶84. Co-defendant Sofia Ponce supplier, Page 14, ¶46, Page 23, ¶83. These are just examples noted in the PSI and corroborated by the Government's evidence.

6) <u>Pg. 25, ¶91</u> - Mr. Rodriguez Chirino objects to the Base Offense Level of 38. Per the plea agreement the Parties have stipulated that the correct base offense level is 34. (See DE:223, pg.4, ¶9) The correct base offense level should be 31, with a criminal history category of V, resulting in an advisory Sentencing Guideline range of 168-210. <u>NOTE</u>: Pg. 21, ¶77 of the PSI correctly reflects the stipulation of the Parties regarding the Guideline to be utilized in this case, and also correctly notes that in using this Guideline, the correct base offense level would be 34.

WHEREFORE, based on the foregoing, Mr. Edelyonis Rodriguez Chirino respectfully requested that this Honorable Court enter an order sustaining the objections to the Pre-Sentence Investigation Report.

I HEREBY CERTIFY that a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and via e-mail to all co-counsel of record on this __15th_ day of _May_ 2023.

RESPECTFULLY SUBMITTED,

ANA M. JHONES, ESQ.
Haley & Jhones, P.A.
9100 S. Dadeland Blvd., Suite 1500
PMB #150048
Miami, FL   33156
Telephone: (305) 661-4637
E-mail:  ajhones@hsaalegal.com

BY:  *Ana Maria Jhones*
       Florida Bar No.: 771170